IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-652-CV





ENRE CORPORATION,



 APPELLANT


vs.





RAILROAD COMMISSION OF TEXAS,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT



NO. 491,378, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: February 16, 1994

Do Not Publish